*Second Amended*

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) BORMAN, PAUL D | 2. Court or Organization U.S. DISTRICT COURT, EDM | 3. Date of Report 07/27/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 740 U.S. Courthouse 231 W. Lafayette Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | █████ Borman Foundation |
| 2. Co-Trustee | Trust |
| 3. Manager | █████ L.L.C. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 07/27/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/05 | West Publishing Company -- Royalty | $ 1065.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. National U.S. Sentencing Guidelines Seminar, Tampa Bay Chapter, FBA | May 25-27, 2005, San Francisco, CA; 2 nights hotel, meals, airfare, no Honorarium |
| 2. Vanderbilt Law School, Nashville TN; teach class | March 24, 2005, Nashville, TN; 1 day, meal, airfare, no Honorarium, no overnight |
| 3. Ralph C. Wilson, Buffalo Bills Football Team | Buffalo 2005, Sept. 23-25, meals, bus 1 way, 2 game tickets, no lodging |
| 4. Ralph C. Wilson, Buffalo Bills Football Team | 2005, meals, airfare, game ticket, no overnight; Jan. 2, 2005; Oct. 16, 2005 |
| 5. Ralph Gerson | Detroit Pistons Basketball game, 2 tickets, June 19, 2005 |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 07/27/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 07/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Saving/Checking Account - Bank One/Chase | G | Interest | P2 | T | | | | | |
| 2. State of Israel Bonds | B | Interest | K | T | | | | | |
| 3. Bristol-Myers Squibb Co. | B | Dividend | L | T | | | | | |
| 4. Campbell Soup Company | B | Dividend | K | T | | | | | |
| 5. Gillette | B | Dividend | | | Merged into | | | | |
| 6. H. J. Heinz Company | C | Dividend | M | T | | | | | |
| 7. Kellogg Company | D | Dividend | M | T | | | | | |
| 8. Merck & Company, Inc. | D | Dividend | M | T | | | | | |
| 9. Bank One/Chase | F | Dividend | P1 | T | | | | | |
| 10. Proctor & Gamble Company (P&G) | D | Dividend | O | T | | | | | |
| 11. Tribune Company | B | Dividend | L | T | | | | | |
| 12. Pfizer | D | Dividend | M | T | | | | | |
| 13. Pitney Bowes | A | Dividend | L | T | Bought | 12/15 | L | | |
| 14. 4% Int. Village Green Apt. Ltd. Partner, Southgate, MI | A | Rent | L | W | | | | | |
| 15. 11% Int. Kendallwood Apt. Ltd. Partner Farmington Hills, MI | F | Rent | O | W | | | | | |
| 16. Northwestern Mutual Life (Retirement Account) | A | Interest | J | T | | | | | |
| 17. Teachers Insurance & Annuity Ass'n College Retirement Acct. | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 07/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA Cash Equivalent Chase/Morgan Bank | A | Interest | J | T | | | | | |
| 19. IRA Stock-Gillette--merged into Proctor & Gamble | B | Dividend | M | T | | | | | |
| 20. Equitable Life Ins. Company Retirement Account | A | Interest | K | T | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 07/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T R U S T | | | | | T R U S T | | | | |
| 36. Savings/Checking Account - Bank One/Chase | F | Interest | P1 | T | | | | | |
| 37. Abbott Lab | A | Dividend | K | T | Bought | 9/12 | K | | |
| 38. ALCOA | A | Dividend | K | T | Bought | 4/15 | K | | |
| 39. Allergan | A | Dividend | L | T | | | | | |
| 40. Anheuser Busch | B | Dividend | K | T | | | | | |
| 41. Applied Materials | A | Dividend | K | T | Bought | 9/12 | K | | |
| 42. Automatic Data Processing | A | Dividend | K | T | | | | | |
| 43. Baker Hughes | A | Dividend | K | T | Bought | 4/15 | K | | |
| 44. Boeing | A | Dividend | | | Sold | 4/15 | L | E | |
| 45. Campbell Soup Company | B | Dividend | L | T | | | | | |
| 46. Caterpillar | A | Dividend | L | T | Sold Part | 9/12 | J | C | |
| 47. Cisco | | None | K | T | | | | | |
| 48. Coca Cola | A | Dividend | K | T | Bought | 4/15 | K | | |
| 49. Dell | | None | | | Sold | 9/12 | K | A | |
| 50. Dominion Res | A | Dividend | K | T | | | | | |
| 51. EBAY | | None | J | T | Bought | 9/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 07/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fiserv | | None | | | Sold Part | 9/12 | K | C | |
| 53. General Electric | A | Dividend | K | T | | | | | |
| 54. General Mills | A | Dividend | K | T | Bought | 9/12 | K | | |
| 55. Global Santa Fe | A | Dividend | K | T | Bought | 4/15 | K | | |
| 56. Heinz | A | Dividend | K | T | Bought | 4/15 | K | | |
| 57. INTEL | A | Dividend | K | T | | | | | |
| 58. International Paper | A | Dividend | K | T | Bought add'l | 9/12 | K | | |
| 59. IVAX | | None | K | T | Sold Part | 9/12 | K | D | |
| 60. Kellogg Company | C | Dividend | M | T | Sold Part | 4/15 | L | E | |
| 61. Lowe's | A | Dividend | L | T | | | | | |
| 62. Lyondell Chemical | A | Dividend | J | T | Bought | 4/15 | J | | |
| 63. Medtronic | A | Dividend | K | T | Bought | 4/15 | K | | |
| 64. Merck | C | Dividend | M | T | Sold Part | 4/15 | K | D | |
| 65. Medco Health | | None | | | Sold | 4/15 | K | D | |
| 66. Newmont Mining | A | Dividend | K | T | Bought | 4/15 | K | | |
| 67. Novartis | A | Dividend | K | T | Bought | 9/12 | K | | |
| 68. Pfizer, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 07/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Qualcomm | | None | J | | Bought | 4/15 | J | | |
| 70. Quest Diagnostics | A | Dividend | | | Sold | 4/15 | L | D | |
| 71. Reebok | A | Dividend | L | T | | | | | |
| 72. Royal Dutch Shell | A | Dividend | | | Sold | 7/29 | K | C | |
| 73. Schlumberger | A | Dividend | K | T | Bought | 4/15 | K | | |
| 74. Stryker Corporation | A | Dividend | L | T | | | | | |
| 75. Sunguard Data | | None | | | Sold | 8/11 | K | D | |
| 76. Vodafone | A | Dividend | K | T | Bought | 9/12 | K | | |
| 77. Washington Mutual | A | Dividend | K | T | Sold | 9/12 | J | A | |
| 78. Wells Fargo | A | Dividend | | | Sold | 9/12 | K | A | |
| 79. Weyerhauser | A | Dividend | K | T | Bought | 4/15 | K | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns Bl and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns Cl and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 07/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. L.L.C. | | | | | L.L.C. | | | | |
| 87. American Express | A | Dividend | K | T | | | | | |
| 88. Affiliated Compu Serv | | | K | T | | | | | |
| 89. Ameriprise Financial | A | Dividend | J | T | Amer. Exp. | | | | |
| 90. Automatic Data | A | Dividend | K | T | | | | | |
| 91. Bank One/Chase | E | Dividend | O | T | | | | | |
| 92. Bristol-Myers Squibb | C | Dividend | M | T | | | | | |
| 93. Boeing | A | Dividend | K | T | | | | | |
| 94. Caterpillar | A | Dividend | L | T | | | | | |
| 95. Cisco | | None | J | T | | | | | |
| 96. Dell | | None | K | T | | | | | |
| 97. Eastman Chemical | A | Dividend | J | T | | | | | |
| 98. Fiserv | | None | K | T | | | | | |
| 99. G.E. | A | Dividend | K | T | | | | | |
| 100. IVAX | | None | K | T | | | | | |
| 101. INTEL | A | Dividend | K | T | | | | | |
| 102. International Paper | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 07/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Lowes | A | Dividend | L | T | | | | | |
| 104. Maytag | A | Dividend | J | T | | | | | |
| 105. Medco | | None | | | Sell | 10/11 | J | B | |
| 106. Mellon Financial | A | Dividend | J | T | | | | | |
| 107. Merck | A | Dividend | J | T | | | | | |
| 108. Omnicom | A | Dividend | K | T | | | | | |
| 109. Pepsico | A | Dividend | K | T | | | | | |
| 110. Quest Diagnostic | A | Dividend | J | T | | | | | |
| 111. Reebok | A | Dividend | K | T | | | | | |
| 112. Royal Dutch Shell | A | None | | | Sold | 7/29 | K | B | |
| 113. Stryker | A | Dividend | K | T | | | | | |
| 114. Sunguard | | None | | | Sold | 10/25 | K | D | |
| 115. Washington Mutual | A | Dividend | | | Sold | 10/11 | J | A | |
| 116. Wells Fargo | A | Dividend | | | Sold | 10/11 | K | C | |
| 117. Zimmer | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 07/27/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I, Paul D. Borman, am one of a class of potential beneficiaries of the Trust. I have never received any distributions from this Trust. The Trust Assets are listed in category VII, pages 4-5.

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 07/27/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date____7-27-06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) BORMAN, PAUL D | 2. Court or Organization U.S. DISTRICT COURT, EDM | 3. Date of Report 05/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 740 U.S. Courthouse 231 W. Lafayette Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | ▮▮▮ Borman Foundation |
| 2. Co-Trustee | Trust |
| 3. Manager | L.L.C. |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUL 17 A 10: 58 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/05 | West Publishing Company -- Royalty | $ 1065.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. National U.S. Sentencing Guidelines Seminar, Tampa Bay Chapter, FBA | May 25-27, 2005, San Francisco, CA; 2 nights hotel, meals, airfare, no Honorarium |
| 2. Vanderbilt Law School, Nashville TN; teach class | March 24, 2005, Nashville, TN; 1 day, meal, airfare, no Honorarium, no overnight |
| 3. Ralph C. Wilson, Buffalo Bills Football Team | Buffalo 2005, Sept. 23-25, meals, bus 1 way, 2 game tickets, no lodging |
| 4. Ralph C. Wilson, Buffalo Bills Football Team | 2005, meals, airfare, game ticket, no overnight; Jan. 2, 2005; Oct. 16, 2005 |
| 5. Ralph Gerson | Detroit Pistons Basketball game, 2 tickets, June 19, 2005 |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Saving/Checking Account - Bank One/Chase | G | Interest | P2 | T | | | | | |
| 2. State of Israel Bonds | B | Interest | K | T | | | | | |
| 3. Bristol-Myers Squibb Co. | B | Dividend | L | T | | | | | |
| 4. Campbell Soup Company | B | Dividend | K | T | | | | | |
| 5. Gillette | B | Dividend | | | Merged into P&G | | | | |
| 6. H.J. Heinz Company | C | Dividend | M | T | | | | | |
| 7. Kellogg Company | D | Dividend | M | T | | | | | |
| 8. Merck & Company, Inc. | D | Dividend | M | T | | | | | |
| 9. Bank One/Chase | F | Dividend | P1 | T | | | | | |
| 10. Proctor & Gamble Company (P&G) | D | Dividend | O | T | | | | | |
| 11. Tribune Company | B | Dividend | L | T | | | | | |
| 12. Pfizer | D | Dividend | M | T | | | | | |
| 13. Pitney Bowes | A | Dividend | L | T | Bought | 12/15 | L | | |
| 14. 4% Int. Village Green Apt. Ltd. Partner, Southgate, MI | A | Rent | L | W | | | | | |
| 15. 11% Int. Kendallwood Apt. Ltd. Partner Farmington Hills, MI | F | Rent | O | W | | | | | |
| 16. Northwestern Mutual Life (Retirement Account) | A | Interest | J | T | | | | | |
| 17. Teachers Insurance & Annuity Ass'n College Retirement Acct. | D | Interest | N | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA Cash Equivalent Chase/Morgan Bank | A | Interest | J | T | | | | | |
| 19. IRA Stock-Gillette--merged into Proctor & Gamble | B | Dividend | M | T | | | | | |
| 20. Equitable Life Ins. Company Retirement Account | A | Interest | K | T | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T R U S T | | | | | TRUST | | | | |
| 36. Savings/Checking Account - Bank One/Chase | F | Interest | P1 | T | | | | | |
| 37. Abbott Lab | A | Dividend | K | T | Bought | 9/12 | K | | |
| 38. ALCOA | A | Dividend | K | T | Bought | 4/15 | K | | |
| 39. Allergan | A | Dividend | L | T | | | | | |
| 40. Anheuser Busch | B | Dividend | K | T | | | | | |
| 41. Applied Materials | A | Dividend | K | T | Bought | 9/12 | K | | |
| 42. Automatic Data Processing | A | Dividend | K | T | | | | | |
| 43. Baker Hughes | A | Dividend | K | T | Bought | 4/15 | K | | |
| 44. Boeing | A | Dividend | | | Sold | 4/15 | L | E | |
| 45. Campbell Soup Company | B | Dividend | L | T | | | | | |
| 46. Caterpillar | A | Dividend | L | T | Sold Part | 9/12 | J | C | |
| 47. Cisco | | None | K | T | | | | | |
| 48. Coca Cola | A | Dividend | K | T | Bought | 4/15 | K | | |
| 49. Dell | | None | | | Sold | 9/12 | K | A | |
| 50. Dominion Res | A | Dividend | K | T | | | | | |
| 51. EBAY | | None | J | T | Bought | 9/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fiserv | | None | | | Sold Part | 9/12 | K | C | |
| 53. General Electric | A | Dividend | K | T | | | | | |
| 54. General Mills | A | Dividend | K | T | Bought | 9/12 | K | | |
| 55. Global Santa Fe | A | Dividend | K | T | Bought | 4/15 | K | | |
| 56. Heinz | A | Dividend | K | T | Bought | 4/15 | K | | |
| 57. INTEL | A | Dividend | K | T | | | | | |
| 58. International Paper | A | Dividend | K | T | Bought add'l | 9/12 | K | | |
| 59. IVAX | | None | K | T | Sold Part | 9/12 | K | D | |
| 60. Kellogg Company | C | Dividend | M | T | Sold Part | 4/15 | L | E | |
| 61. Lowe's | A | Dividend | L | T | | | | | |
| 62. Lyondell Chemical | A | Dividend | J | T | Bought | 4/15 | J | | |
| 63. Medtronic | A | Dividend | K | T | Bought | 4/15 | K | | |
| 64. Merck | C | Dividend | M | T | Sold Part | 4/15 | K | D | |
| 65. Medco Health | | None | | | Sold | 4/15 | K | D | |
| 66. Newmont Mining | A | Dividend | K | T | Bought | 4/15 | K | | |
| 67. Novartis | A | Dividend | K | T | Bought | 9/12 | K | | |
| 68. Pfizer, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Qualcomm | | None | J | | Bought | 4/15 | J | | |
| 70. Quest Diagnostics | A | Dividend | | | Sold | 4/15 | L | D | |
| 71. Reebok | A | Dividend | L | T | | | | | |
| 72. Royal Dutch Shell | A | Dividend | | | Sold | 7/29 | K | C | |
| 73. Schlumberger | A | Dividend | K | T | Bought | 4/15 | K | | |
| 74. Stryker Corporation | A | Dividend | L | T | | | | | |
| 75. Sunguard Data | | None | | | Sold | 8/11 | K | D | |
| 76. Vodafone | A | Dividend | K | T | Bought | 9/12 | K | | |
| 77. Washington Mutual | A | Dividend | K | T | Sold | 9/12 | J | A | |
| 78. Wells Fargo | A | Dividend | | | Sold | 9/12 | K | A | |
| 79. Weyerhauser | A | Dividend | K | T | Bought | 4/15 | K | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. L.L.C. | | | | | L.L.C. | | | | |
| 87. American Express | A | Dividend | K | T | | | | | |
| 88. Affiliated Compu Serv | | | K | T | | | | | |
| 89. Ameriprise Financial | A | Dividend | J | T | Amer. Exp. | | | | |
| 90. Automatic Data | A | Dividend | K | T | | | | | |
| 91. Bank One/Chase | E | Dividend | O | T | | | | | |
| 92. Bristol-Myers Squibb | C | Dividend | M | T | | | | | |
| 93. Boeing | A | Dividend | K | T | | | | | |
| 94. Caterpillar | A | Dividend | L | T | | | | | |
| 95. Cisco | | None | J | T | | | | | |
| 96. Dell | | None | K | T | | | | | |
| 97. Eastman Chemical | A | Dividend | J | T | | | | | |
| 98. Fiserv | | None | K | T | | | | | |
| 99. G.E. | A | Dividend | K | T | | | | | |
| 100. IVAX | | None | K | T | | | | | |
| 101. INTEL | A | Dividend | K | T | | | | | |
| 102. International Paper | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Lowes | A | Dividend | L | T | | | | | |
| 104. Maytag | A | Dividend | J | T | | | | | |
| 105. Medco | | None | | | Sell | 10/11 | J | B | |
| 106. Mellon Financial | A | Dividend | J | T | | | | | |
| 107. Merck | A | Dividend | J | T | | | | | |
| 108. Omnicom | A | Dividend | K | T | | | | | |
| 109. Pepsico | A | Dividend | K | T | | | | | |
| 110. Quest Diagnostic | A | Dividend | J | T | | | | | |
| 111. Reebok | A | Dividend | K | T | | | | | |
| 112. Royal Dutch Shell | A | None | | | Sold | 7/29 | K | B | |
| 113. Stryker | A | Dividend | K | T | | | | | |
| 114. Sunguard | | None | | | Sold | 10/25 | K | D | |
| 115. Washington Mutual | A | Dividend | | | Sold | 10/11 | J | A | |
| 116. Wells Fargo | A | Dividend | | | Sold | 10/11 | K | C | |
| 117. Zimmer | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I, Paul D. Borman, am one of a class of potential beneficiaries of the Trust. I have never received any distributions from this Trust. The Trust Assets are listed in category VII, pages 4-5.

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 05/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat ███████████████████ Date _7-10-06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544